2-751171

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                    Plaintiff,

        - against -

AC EQUIPMENT EXPORT, CORP.,

                    Defendant.
-------------------------------------------------x

*Judge Hellerstein*

# 08 CV 1952

CIVIL COMPLAINT
IN ADMIRALTY

FEB 27 2008

U.S.D.C. CASHIERS

        Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES,
INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE &
ASSOCIATES, as and for its Complaint against defendant AC EQUIPMENT
EXPORT, CORP., in personam, in a cause of action civil and maritime, alleges upon
information and belief:

        1.  This is an admiralty and maritime claim within the meaning of Rule
9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of
1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of
Lading.

        2.  At all times hereinafter mentioned, plaintiff ZIM AMERICAN
INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly
organized and existing under the laws of the State of Delaware with offices and a
place of business at 5601 Lake Wright Drive, Norfolk, VA 23502.

        3.  Upon information and belief and at all times hereinafter mentioned,
defendant had and now has the legal status and place of business as set forth in
Schedule A.

        4.  On or about the dates and at the ports of shipment stated in
Schedule A, certain goods were delivered to plaintiff to be carried to the ports of
destination and at the agreed charges to be paid by defendant pursuant to plaintiff's
public tariff.

5.  Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6.  Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7.  Defendant has failed and refused and continues to fail and to refuse to remit the $5,936.00 due, although duly demanded.

8.  By reason of the foregoing, plaintiff has sustained damages in the amount of $5,936.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1.  For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2.  That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3.  That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  New York, New York
        February 26, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
        Albert J. Avallone - AA1679
        Attorneys for Plaintiff
        ZIM AMERICAN INTEGRATED
        SHIPPING SERVICES, INC.
        551 Fifth Avenue, Suite 1625
        New York, NY  10176
        (212) 696-1760

# SCHEDULE A

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant AC EQUIPMENT EXPORT, CORP. was and still is a corporation organized and existing under the laws of the State of Florida, with offices and a place of business at 7798 N.W. 71st St., Miami, FL 33166, with an agent for service of process, Angelica Boscan, Vice President and Director, at the corporate address.

II. Particulars:

1. Bill of Lading No. ZIMUORF215232, dated August 22, 2007, from Indianapolis to Maracaibo via New York on the Vessel ZIM MEDITERRANEAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: USED APPLIANCES, at the applicable tariff and/or Service Contract rate of $2,963.00 (Exhibit A).
Amount Paid: $0                          Amount Due: $2,963.00

2. Bill of Lading No. ZIMUORF218525, dated August 29, 2007, from Indianapolis to Maracaibo via New York on the Vessel ZIM CALIFORNIA, one (1) forty-foot Hi-Cube SAID TO CONTAIN: USED APPLIANCES, at the applicable tariff and/or Service Contract rate of $2,973.00 (Exhibit B).
Amount Paid: $0                          Amount Due: $2,973.00

III. Total Amount Due: $5,936.00

HUDIG

8 N.W. 71ST STREET
MT, FL. 33166-2346

FILE NO. TCA425-07

FMC# 305

AIR CONDITION IMPORT EXPORT
EZUELA
.. AV. CIRCUMAVALACION #1, BARRIO
IN.
CEPCION PALACIO, AVE. 23 NO, 102-34

ALONSO SHIPPING COMPANY
7855 NW 12TH STREET, #216
MIAMI, FL 33126

MAHER TERMINALS, NEWARK N.J

A. LIZBETH OCANDO MORALES
611 786-3147

| | PLACE OF RECEIPT OF GOODS INDIANAPOLIS | SERVICE CONTRACT NO 0600-307 |
|---|---|---|
| VESSEL MEDITERRANEAN  21/W | PORT OF LOADING NEW YORK, N.Y. | |
| DESTINATION ACAIBO, VENZ. | FINAL DESTINATION OF CONTRACTED PERS | |

RIDRESSED                1 CNT

X 40' HC CONTAINER S.T.C :
ONE LOT OF USED
APPLIANCES, N.O.S. ___70___
PIECES UN LOTE DE
ELECTRODOMESTICOS
NOS

5000 KG
1102SLB

UN-NEGOTIABLE

EXHIBIT "A"

COMMODITIES TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED

| CNT PREPAID        DETAILS | FREIGHT | | | | |
|---|---|---|---|---|---|
| | | | 25.00 | 2500.00 | |
| 2 | B/L FEES | U | 25.00 | 25.00 | DL |
| PERS/LOAD/COUNT/STOW | BUNKER/FUEL | UNIT | 250.00 | 250.00 | DL |
| | INTERNATIONAL | UNIT | 6.00 | 6.00 | DL |
| | INTERMODAL | UNIT | 132.00 | 132.00 | DL |
| | AD VALOREM FREIGHT | | | | |
| | | | | SUS 2963.00 | |

MERCHANTS DECLARED VALUE OF GOODS

NORFOLK

PLACE AND DATE OF ISSUE
NORFOLK, VA  09/22/2007

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that containers are carefully stuffed, stowed, valued by the Merchant prior to loading and all Values Freight is paid of containers nor. Goods carried in containers are carried in accordance with and subject to Carrier's container rules, service tier 0, 1 covered and Carrier's Container Rules and Tariffs (see Clauses 10, 11, 17, 23 overleaf)

EZA American
Integrated Shipping Services
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

NEGOTIABLE

SHIPPER / EXPORTER NAME & ADDRESS
EQUIPMENT EC...
8 N.W. 71ST STREET
MI, FL 33166-2346

BOOKING No.
EXPORT REFERENCES
FILE NO. TC#430-07

CONSIGNEE NAME & ADDRESS
AIR CONDITION IMPORT EXPORT
EZUELA C.A. AV. CIRCUNVALACION #1,
RIO MARIN CONCEPCION PALACIO, AVE.
NO. 102-34 MARACAIBO, ZULIA,
EZUELA
NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER

FORWARDING AGENT F.N.C. No.                     FMC# 305
ALONSO SHIPPING COMPANY
7855 NW 12TH STREET, #216
MIAMI, FL 33126
POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

NOTIFY (NAME & ADDRESS)
A. LISSETH OCANDO MORALES
61) 786-3147

FOR DELIVERY OF GOODS PLEASE APPLY TO

| FOR DISPOSITION SEE CLAUSE 5 OVERLEAF | | + SERVICE CONTRACT NO. 4460..00.569* |
|---|---|---|
| CARRIAGE BY (MODE) CALIFORNIA 20/W | PLACE OF RECEIPT OF GOODS* PORT(INLAND POINT) INDIANAPOLIS | |
| OCEAN VESSEL O    15/B | PORT OF LOADING NEW YORK | |
| FOR DESTINATION ACAIBO | FINAL DESTINATION OF CONTRACTED FOR | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS / CONT. NOS | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | X40 HC DRY CONTAINER S.T.C. ONE LOT OF USED APPLIANCES, N.O.S., 102 PIECES UN LOTE DE ELECTRODOMESTICOS, NOS SHIPPER'S LOAD, WEIGHT AND COUNT USD$2500 IN VALUE, THEREFORE NO S.E.D. IS REQUIRED UNDER SECTION NO. 30.55) | 4976KG 10970LB | |

EXHIBIT "B"

COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT
STRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | | | | |
|---|---|---|---|---|---|
| XINT PREPAID | FREIGHT | UNIT | 2550.00 | 2550.00 | DL |
| | B/L FEES | U | 35.00 | 35.00 | DL |
| 'Y | BUNKER/FUEL | UNIT | 250.00 | 250.00 | DL |
| 'PERS/LOAD/COUNT/STOW. | INTERNATIONAL | UNIT | 6.00 | 6.00 | DL |
| | INTERMODAL | UNIT | 132.00 | 132.00 | DL |
| | AD-VALOREM FREIGHT | | | $US 2973.00 | |

MERCHANT'S DECLARED VALUE OF GOODS
If Merchant enters a value, Carriers 'package' limitation of liability shall not apply and ad valorem freight will be
charged (See Clause 23)

N. NITSELS whereof the Master or Agent of the said Vessel has
signed the number of original Bills of Lading stated below. All of this
tenor and date, if the Bill of Lading is consigned to order, one shall
be surrendered before delivery and, the others in word void.

| FREIGHT PAYABLE AT NORFOLK | No. OF ORIGINAL BL ISSUED 3 |
|---|---|

PLACE AND DATE OF ISSUE
NORFOLK, VA  08/17/2007

ZIM American
Incorporated Shipping Services
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

NON-NEGOTIABLE