# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 08 CV 1952

Date Filed: 2/27/2008

Plaintiff:
**ZIM AMERICAN INTERGRATED SHIPPING SERVICES INC**

vs.

Defendant:
**AC EQUIPMENT EXPORT, CORP.**

For:
LAW OFFICES OF ALBERT J AVALLONE & ASSOC
551 Fifth Avenue
Suite 1701
New York, NY  10176

Received by PRESIDENTIAL PROCESS SERVICE INC on the **28th day of February, 2008** at **10:00 am** to be served on **AC EQUIPMENT EXPORT, CORP., 7798 N.W. 71 ST, MIAMI, FL 33166.**

I, Edward A Shapiro, do hereby affirm that on the **29th day of February, 2008** at **11:30 am**, I:

**CORPORATE:**  served by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **YRMA MORALES** as **PRESIDENT/DIRECTOR** for **AC EQUIPMENT EXPORT, CORP.**, at the address of: **7798 N.W. 71 ST, MIAMI, FL 33166**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: Hispanic,  Height: 5'6",  Weight: 150,  Hair: Brown,  Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

*Edward A Shapiro*
Edward A Shapiro
Process Server

**PRESIDENTIAL PROCESS SERVICE INC**
**419 Park Avenue South**
**Suite 700**
**New York, NY  10016**
**(212) 889-3200**
Our Job Serial Number: 2008000510
Ref: ZIM/AC EQUIPMENT

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f